


L.J. LOHEIT, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812
(916) 856-8000

FILED

JUL - 2 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                ) Case No.: No. 05-29125-D-13L
                                      )
AYERS, MONIQUE D.                     ) UNCLAIMED FUNDS
                                      )
            Debtor(s)                 )
                                      )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #522091 in the sum of $750.00 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Debtor Refund |  | $750.00 |

TOTAL CHECK $750.00

Dated this 29th day of June, 2009.                    BY: _____
                                                              TRUSTEE